IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F G CROSTHWAITE, | No. C 10-03940 CW |
| Plaintiff, | ORDER RE DEFAULT |
| v. | |
| SUSAN GAIL BRENNAN, | |
| Defendant. | |

Default having been entered by the Clerk on October 22, 2010,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for Tuesday, January 11, 2011 is maintained.

Dated: 10/26/2010

_____
CLAUDIA WILKEN
United States District Judge

cc: Sue