UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| F G CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, *et al*.,<br><br>            Plaintiffs,<br>   v.<br><br>SUSAN GAIL BRENNAN, individually and *dba* RAMCO CONCRETE CUTTING,<br><br>            Defendant.<br>_____/ | No. C 10-03940 LB<br><br>**ORDER: (1) FOR SUPPLEMENTAL DECLARATION BY PLAINTIFFS' COUNSEL AND (2) RE REQUEST TO VACATE HEARING OR APPEAR BY TELEPHONE** |

   Pending before the court is Plaintiffs' Motion for Default Judgment against Defendant Susan Gail Brennan, individually and *dba* Ramco Concrete Cutting. ECF No. 16. The case is currently set for hearing before the court on January 20, 2011. To assist the court in considering Plaintiffs' request for attorneys' fees, the court **ORDERS** Plaintiffs to submit a supplemental declaration regarding (1) the professional credentials of Muriel B. Kaplan and Elise Thurman and (2) hourly invoices or other billing records for the time spent by Kaplan and Thurman on this matter by January 19, 2011.

   The Supplemental Declaration of Murial B. Kaplan in Support of Request for Entry of Default Judgment filed on January 5, 2011, included a request for entry of judgment without hearing or, alternatively, that the plaintiffs be permitted to appear by telephone. ECF No. 27. The court **DENIES** the Plaintiffs' request to vacate the hearing and **GRANTS** the Plaintiffs' request to appear

C 10-03940

by telephone. Plaintiffs shall contact the courtroom deputy, Lashanda Scott, at (510) 637-3525 and provide a direct-dial telephone number.

**IT IS SO ORDERED.**

Dated: January 14, 2011



_____
LAUREL BEELER
United States Magistrate Judge

C 10-03940