IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>SUSAN GAIL BRENNAN, individually and dba RAMCO CONCRETE CUTTING,<br><br>      Defendant.              / | No. C   CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |

    The Court has reviewed Magistrate Judge Beeler's Report and Recommendation Re Granting Plaintiffs' Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

    IT IS HEREBY ORDERED that Plaintiffs' Motion for Default Judgment is GRANTED. The Court further orders that Brennan submit to an audit and produce to Plaintiffs contribution reports and payment records needed to calculate contributions from February 2009 to the present. The Court retains jurisdiction to permit Plaintiffs to later submit their proof of damages, attorney's fees, and costs to be assessed against Brennan for unpaid contributions

due for the months for which no report has been submitted.  The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 2/10/2011

CLAUDIA WILKEN
United States District Judge